THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCARSELLA BROS., INC., a Washington Corporation,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY, an Indiana Corporation,

Defendant.

NO. 2:12-cv-1759-RSL

ORDER STAYING CASE

Note on Motion Calendar:
July 2, 2018

Based upon the parties' Stipulated Motion to Further Stay Proceedings, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule, are hereby further STAYED until April 1, 2019 and that all deadlines are further tolled.

ORDER STAYING CASE - 1
(Case No. 2:12-cv-01759-RSL)

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than March 25, 2019. If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report a request that the Court amend the trial date and all related dates and propose a scheduling order to govern the future conduct of the litigation, which shall include proposed amended deadlines, including but not limited to discovery, reports from experts, motions, and trial.

DATED this 9th day of July, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

GORDON TILDEN THOMAS & CORDELL LLP

s/ Matthew F. Pierce
Dale L. Kingman, WSBA #07060
Matthew F. Pierce, WSBA #34019
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: dkingman@gordontilden.com
Email: mpierce@gordontilden.com

Attorneys for Plaintiff Scarsella Bros., Inc.

ORDER STAYING CASE - 2
(Case No. 2:12-cv-01759-RSL)

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292