The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCARSELLA BROS., INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | NO. 2:12-cv-1759 RSL<br><br>[PROPOSED]<br>ORDER STAYING CASE<br><br>Note on Motion Calendar:<br>November 4, 2019 |

Based upon the parties' Joint Stipulated Motion to Further Stay Proceedings, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule, are hereby further STAYED until May 22, 2020, and that all deadlines are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than May 15, 2020. If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report a request that the Court amend the trial date and

PROPOSED ORDER STAYING CASE - 1
No. 2:12-cv-1759 RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

all related dates and propose a scheduling order to govern the future conduct of the litigation, which shall include proposed amended deadlines, including but not limited to discovery, reports from experts, motions, and trial.

DATED this 5th day of November, 2019.

*/s/ M.T.S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

PRESENTED BY:

GORDON TILDEN THOMAS & CORDELL LLP

*s/ Matthew F. Pierce*
Dale L. Kingman, WSBA #07060
Matthew F. Pierce, WSBA #34019
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: dkingman@gordontilden.com
Email: mpierce@gordontilden.com

Attorneys for Plaintiff Scarsella Bros., Inc.

PROPOSED ORDER STAYING CASE - 2
No. 2:12-cv-1759 RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477