1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCARSELLA BROS., INC., a Washington
corporation,

                    Plaintiff,

          v.

FEDERAL INSURANCE COMPANY, an
Indiana corporation,

                    Defendant.

NO. 2:12-cv-1759 RSL

ORDER STAYING CASE

Based upon the parties' Joint Stipulated Motion to Further Stay Proceedings to Allow

Continued Settlement Discussions, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the

current Case Schedule are hereby further STAYED until April 23, 2021, and that all deadlines

are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court

no later than April 16, 2021.  If efforts to resolve the remaining claims are unsuccessful, the

parties shall include in their joint status report a request that the Court amend the trial date and

ORDER STAYING CASE - 1
No. 2:12-cv-1759 RSL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

all related dates and propose a scheduling order to govern the future conduct of the litigation,

which shall include proposed amended deadlines, including but not limited to discovery, reports

from experts, motions, and trial.

DATED this __16th__ day of ___November___, 2020.

*[signature]*

The Honorable Robert S. Lasnik
United States District Judge

PRESENTED BY:

GORDON TILDEN THOMAS & CORDELL LLP

*s/ Dale L. Kingman*_____
Dale L. Kingman, WSBA #07060
Matthew F. Pierce, WSBA #34019
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone:  (206) 467-6477
Facsimile:   (206) 467-6292
Email:  dkingman@gordontilden.com
Email:  mpierce@gordontilden.com

Attorneys for Plaintiff Scarsella Bros., Inc.

ORDER STAYING CASE - 2
No. 2:12-cv-1759 RSL

GORDON | 600 University Street
TILDEN | Suite 2915
THOMAS | Seattle, WA  98101
CORDELL | 206.467.6477