The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCARSELLA BROS., INC., a Washington
corporation,

                      Plaintiff,

     v.

FEDERAL INSURANCE COMPANY, an
Indiana corporation,

                     Defendant.

NO. 2:12-cv-1759 RSL

ORDER STAYING CASE

Based upon the parties' Joint Stipulated Motion to Further Stay Proceedings in Light of Interim Settlement and to Allow Continued Settlement Discussions, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule are hereby further STAYED until November 12, 2021, and that all deadlines are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than November 5, 2021.  If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report a request that the Court amend the trial date and

ORDER STAYING CASE - 1
No. 2:12-cv-1759 RSL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

all related dates and propose a scheduling order to govern the future conduct of the litigation, which shall include proposed amended deadlines, including but not limited to discovery, reports from experts, motions, and trial.

DATED this 29th day of July, 2021.

_MM S Lasnik_
The Honorable Robert S. Lasnik
United States District Judge

PRESENTED BY:

GORDON TILDEN THOMAS & CORDELL LLP
Attorneys for Plaintiff Scarsella Bros., Inc.

By: _s/ Matthew F. Pierce_
    Dale L. Kingman, WSBA #07060
    Matthew F. Pierce, WSBA #34019
    600 University Street, Suite 2915
    Seattle, Washington 98101
    Telephone:    (206) 467-6477
    Facsimile:    (206) 467-6292
    Email: dkingman@gordontilden.com
    Email: mpierce@gordontilden.com

ORDER STAYING CASE - 2
No. 2:12-cv-1759 RSL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477