The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCARSELLA BROS., INC., a Washington corporation, | NO. 2:12-cv-1759 RSL |
| Plaintiff, | ORDER STAYING CASE AND REMOVING FROM ACTIVE CASELOAD |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

Based upon the parties' Joint Stipulated Motion to Further Stay Proceedings to Allow for Continued Settlement Discussions and Alternative Dispute Resolution, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule are hereby further STAYED until June 10, 2022, and that all deadlines are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than June 3, 2022.  If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report a request that the Court amend the trial date and all

ORDER STAYING CASE AND REMOVING FROM
ACTIVE CASELOAD- 1
No. 2:12-cv-1759 RSL

JRUGRQ #
WLDGHQ #
WKRPDV #
FRUGHOO #

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

related dates and propose a scheduling order to govern the future conduct of the litigation, which shall include proposed amended deadlines, including but not limited to discovery, reports from experts, motions, and trial.  This action shall be removed from this Court's active caseload until further application by the parties or order of this Court.

DATED this 5th day of November, 2021.

Robert S. Lasnik
United States District Judge

PRESENTED BY:

GORDON TILDEN THOMAS & CORDELL LLP
Attorneys for Plaintiff Scarsella Bros., Inc.

By: *s/ Matthew F. Pierce*
    Dale L. Kingman, WSBA #07060
    Matthew F. Pierce, WSBA #34019
    600 University Street, Suite 2915
    Seattle, Washington 98101
    Telephone:      (206) 467-6477
    Facsimile:      (206) 467-6292
    Email:  dkingman@gordontilden.com
    Email:  mpierce@gordontilden.com

ORDER STAYING CASE AND REMOVING FROM
ACTIVE CASELOAD- 2
No. 2:12-cv-1759 RSL

GORDON          600 University Street
TILDEN HQ       Suite 2915
THOMAS          Seattle, WA  98101
CORDELL         206.467.6477