The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCARSELLA BROS., INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　Defendant. | NO. 2:12-cv-1759 RSL<br><br>ORDER STAYING CASE |

Based upon the parties' Joint Stipulated Motion to Further Stay Proceedings to Allow for Continued Settlement Discussions and Alternative Dispute Resolution, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule are hereby further STAYED until June 30, 2023, and that all deadlines are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than June 23, 2023. If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report a request that the Court amend the trial date and

ORDER STAYING CASE - 1
No. 2:12-cv-1759 RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

all related dates and propose a scheduling order to govern the future conduct of the litigation, which shall include proposed amended deadlines, including but not limited to discovery, reports from experts, motions, and trial.

DATED this  24th  day of October, 2022.

_____
The Honorable Robert S. Lasnik
United States District Judge

PRESENTED BY:

GORDON TILDEN THOMAS & CORDELL LLP
Attorneys for Plaintiff Scarsella Bros., Inc.

By: *s/ Matthew F. Pierce*
 Dale L. Kingman, WSBA #07060
 Matthew F. Pierce, WSBA #34019
 600 University Street, Suite 2915
 Seattle, Washington 98101
 Telephone:  (206) 467-6477
 Facsimile:  (206) 467-6292
 Email:  dkingman@gordontilden.com
 Email:  mpierce@gordontilden.com

ORDER STAYING CASE - 2
No. 2:12-cv-1759 RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477