|   |   |
|---|---|
|   | **The Honorable Robert S. Lasnik** |

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SCARSELLA BROS., INC., A WASHINGTON CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>FEDERAL INSURANCE COMPANY, AN INDIANA CORPORATION<br><br>           Defendant. | Case No. 2:12-cv-1759 RLS<br><br>DEFENDANT FEDERAL INSURANCE COMPANY'S STIPULATED MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION AND ORDER |

TO:         THE CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD

Defendant Federal Insurance Company ("Federal"), provides notice that Peter J. Mintzer, counsel for Federal in the above-captioned matter, changed firm affiliation, effective January 1, 2023. As this change results in the termination of one law office and the appearance of a new law office, Federal presents this stipulated motion pursuant to LCR 83.2(b)(1) and (2).

You are requested to serve all further pleadings, notices, documents or other papers, exclusive of original process upon Defendant Federal Insurance Company by serving its attorney at their new firm as follows:

---

| | |
|---|---|
| FEDERAL STIP MTN FOR CHANGE OF COUNSEL FIRM AFFILIATION AND ORDER<br>Case No.: 2:12-cv-1759 RSL - 1 | SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP<br>600 University Street, Suite 2305<br>Seattle, WA 98101-4129<br>T: 206.447.6461  F: 206.588.4185 |

1  Peter J. Mintzer
2  SELMAN LEICHENGER EDSON
   HSU NEWMAN & MOORE LLP
3  600 University Street, Suite 2305
   Seattle, WA 98101
4  pmintzer@selmanlaw.com

5  Federal and Plaintiff hereby stipulate that Federal's counsel Peter J. Mintzer has changed his

6  firm affiliation, effective January 1, 2023, as described above.

7

8  DATED:  January 12, 2023

9

10

11  By:  */s/ Peter J. Mintzer*
        Peter J. Mintzer, WSBA# 19995
12      SELMAN LEICHENGER EDSON HSU
        NEWMAN & MOORE LLP
13      600 University Street, Suite 2305
        Seattle, WA 98101-4129
14      Telephone: 206.447.6461
        Facsimile: 206.588.4185
15      pmintzer@selmanlaw.com
     Attorneys for Defendant FEDERAL
16   INSURANCE COMPANY

17

18  By:  */s/ Matthew F. Pierce (signed by Peter J.*
19       *Mintzer with permission)*
         Dale L. Kingman, WSBA #07060
20       Matthew F. Pierce, WSBA #34019
         CORDON   TILDEN   THOMAS   &
21       CORDELL LLP
         600 University Street, Suite 2915
22       Seattle, WA 98101
         Telephone: 206.467.6477
23       Facsimile: 206.467.6292
         dkingman@gordontilden.com
24       mpierce@gordontilden.com
     Attorneys for Plaintiff SCARSELLA BROS.,
25   INC.

26

FEDERAL STIP MTN FOR CHANGE OF
COUNSEL FIRM AFFILIATION AND ORDER
Case No.: 2:12-cv-1759 RSL - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1400 38083 4865-8367-4953 .v1

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. Defendant Federal Insurance Company's counsel, Peter J. Mintzer has changed his firm affiliation, effective January 1, 2023 to the following firm:

> Peter J. Mintzer
> SELMAN LEICHENGER EDSON
> HSU NEWMAN & MOORE LLP
> 600 University Street, Suite 2305
> Seattle, WA 98101
> pmintzer@selmanlaw.com

DATED this 13th day of January, 2023.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
United States District Judge

FEDERAL STIP MTN FOR CHANGE OF
COUNSEL FIRM AFFILIATION AND ORDER
Case No.: 2:12-cv-1759 RSL - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1400 38083 4865-8367-4953 .v1