The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCARSELLA BROS., INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | NO. 2:12-cv-1759 RSL<br><br>ORDER STAYING CASE |

Based upon the parties' Joint Stipulated Motion to Further Stay Proceedings to Allow for Continued Settlement Discussions and/or Alternative Dispute Resolution, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule are hereby further STAYED until June 4, 2027, and that all deadlines are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than May 28, 2027. If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report a request that the Court amend the trial date and



GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

all related dates and propose a scheduling order to govern the future conduct of the litigation, which shall include proposed amended deadlines, including but not limited to discovery, reports from experts, motions, and trial.

DATED this 8th day of October, 2026.

The Honorable Robert S. Lasnik
United States District Judge

PRESENTED BY:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Scarsella Bros., Inc.

By: *s/ Matthew F. Pierce*
Dale L. Kingman, WSBA #07060
Matthew F. Pierce, WSBA #34019
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: dkingman@gordontilden.com
Email: mpierce@gordontilden.com

**SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP**
Attorney for Plaintiff Scarsella Bros., Inc.

By: *s/ Peter J. Mintzer*
Peter J. Mintzer, WSBA #19995
600 University Street, Suite 2305
Seattle, Washington 98101
Telephone: (206) 447-6461
Facsimile: (206) 223-4021
Email: pmintzern@selmanlaw.com